# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO CANALES,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>      Defendants. | Case No.: 1:12-cv-00262 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 20) |

Before the Court is the stipulation of counsel to continue the scheduling conference from June 7, 2012 to June 20, 2012. (Doc. 20) Counsel report that Plaintiff's attorney will be on his honeymoon until June 18, 2012. Id. Therefore, good cause appearing, the mandatory scheduling conference is **ORDERED** continued from June 7, 2012 to **June 20, 2012 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: **May 22, 2012**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1