Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, SEAN UNDERHILL, PATRICK MARA, ANDREW BORTON, SEAN WOESSNER, SERGEANT SCOTT THATCHER, OFFICER ERIC LANTZ, OFFICER JEFF SALLEE AND OFFICER JEREMY NIELAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO CANALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD; SEAN UNDERHILL; PATRICK MARA; ANDREW BORTON; SEAN WOESSNER; SERGEANT THATCHER; OFFICER LANTZ; OFFICER SALLEE; OFFICER NIELAND; and does 1-10, inclusive<br><br>　　　　　Defendants. | Case No. 1:12-CV-00262-AWI-JLT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated: August 30, 2013.　　　　　　　　　　MARDEROSIAN, RUNYON,
　　　　　　　　　　　　　　　　　　　　　CERCONE & COHEN


　　　　　　　　　　　　　　　　　　By:　/s/ Michael G. Marderosian
　　　　　　　　　　　　　　　　　　　　Michael G. Marderosian
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants above-named.

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

Dated: August 30, 2013.                     LAW OFFICES OF DALE K. GALIPO


By:   /s/ Eric Valenzuela
      Eric Valenzuela,
      Attorneys for Plaintiff


**ORDER**

      The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   September 3, 2013                  _____
                                                                               SENIOR DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721